# EXHIBIT "A"

**MAJOR NON JURY**
**ASSESSMENT OF DAMAGES**
**HEARING REQUIRED**

*Filed and Attested by the*
*Office of Judicial Records*
*11 APR 2022 01:10 pm*
*S. RICE*

**THE RADMORE FIRM, LLC**
**BY:   JAMES R. RADMORE, ESQUIRE**
**ID#:   36649**
**Two Penn Center, Suite 520**
**1500 J.F.K. Boulevard**
**Philadelphia, PA   19102**                    **Attorney for Plaintiff(s)**

| | | |
|---|---|---|
| **GREGORY DISTEFANO** | : | **COURT OF COMMON PLEAS** |
| **106 Norwood Lane** | : | **PHILADELPHIA COUNTY** |
| **Norristown, PA 19401** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **WALMART, INC. d/b/a WALMART** | : | **TERM,** |
| **c/o CT Corporation System** | : | |
| **600 N 2nd Street** | : | |
| **Harrisburg, PA 17101** | : | |
| **and** | : | |
| **WALMART - STORE 3475** | : | |
| **Valley Forge Market Place** | : | |
| **650 S Trooper Road** | : | |
| **Norristown, PA 19403** | : | **NO.** |

# CIVIL ACTION COMPLAINT
## PREMISE LIABILITY

### NOTICE

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania   19107
Telephone:  215-238-6333
TTY:  215-451-6197

### AVISO

Le han demandado a usted en la corte.  Si usted quiere defenderse de estas de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de piazo a partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Adamas, la cortes puede decidir a favor del demandante y requiere que usted compla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u ostros defechos importantes para usted.
LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENT. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania   19107
Telefono:  215-238-6333
TYY:  215-451-6197

Case ID: 220400798

1.      Plaintiff, **Gregory DiStefano** is an individual and resides at the above-captioned address.

2.      Defendant, **Walmart, Inc., d/b/a Walmart**, is a Corporation organized under the laws of the Commonwealth of Pennsylvania with its principal place of business at the above captioned address.

3       Defendant, **Walmart - Store 3475**, is a business entity in the Commonwealth of Pennsylvania with its principal place of business at the above captioned address.

4.      At all times relevant, defendants owned and maintained the premises of 650 S Trooper Road, Norristown, PA 19403.

5.      On June 3, 2020, plaintiff, Gregory DiStefano, was a business invitee, lawfully on the premises of the aforesaid location when he was caused to slip, fall and/or otherwise sustain injuries by reason of coming in contact with hangers and/or other items, the negligent, hazardous and dangerous condition, which was present on the floor, which the defendants knew or should have known was present on the floor which defendants's knew or should have known was a dangerous condition existing on the floor.

6.      Despite not having enough staff to open and operate the store, defendants put profits before business invitees knowing that the store would become over crowded.

7.      Plaintiff believes and therefore avers that the aforesaid defendants, had, or should have had, notice of the existence of said negligent, hazardous, and dangerous condition which existed on the aforesaid floor prior to the happening of said accident.

8.      The carelessness, recklessness, and negligence of the defendants, as herein alleged, consisted of the following:

        a. Failing to properly inspect the said floor and the adjacent area;

b. Failing to correct the negligent or hazardous condition which they were aware or should have been aware;

c. Failing to warn pedestrians of the negligent or hazardous condition of the said floor at the point where the plaintiff fell;

d. Failing to maintain the floor in a condition which would protect and safeguard persons lawfully upon the floor and prevent them from falling.

e. Allowing and permitting the aforesaid negligent condition to remain on the aforesaid floor so as to constitute a menace, danger, nuisance or trap to persons lawfully upon the said floor.

f. Creating a hazardous condition and failing to warn the Plaintiff of said condition.

g. Otherwise failing to exercise due and proper care under the circumstances.

9.      As a result of the intentional, recklessness and outrageous conduct of defendants,  as aforesaid, plaintiff suffered left shoulder impingement syndrome, tear of rotator cuff of right shoulder and right hip sprain as well as other serious and permanent injuries.

10.      As a result of the intentional, recklessness and outrageous conduct of defendants plaintiff has been subjected to a substantial increased risk of harm as well as other serious and permanent injuries.

11.      As a result of the intentional, recklessness and outrageous conduct of defendants, plaintiff has been and may in the future continue to be required to expend various sums of money for medicine and medical treatment in and about endeavoring to treat and cure himself of his injuries.

12.      By reason of the injuries sustained, plaintiff has and may continue to suffer great pain and agony, mental anguish and humiliation and has been and may in the future be hindered from attending to his daily duties, functions and occupation, all to his great damage and loss.

13.     As a result of the aforesaid occurrence, the plaintiff has been prevented from attending to his usual daily activities and duties, and may be so prevented for an indefinite period of time in the future, all to his great detriment and loss.

14.     As a result of the aforesaid occurrence, the plaintiff has suffered physical pain and mental anguish and humiliation and may continue to suffer same for an indefinite period of time in the future.

15.     The conduct of defendants was outrageous and in willful and reckless disregard to plaintiffs' interest, thus entitling plaintiffs to an award of punitive damages.

WHEREFORE, plaintiff demands judgment from the defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars.

        \s\James R. Radmore
        JAMES R. RADMORE, ESQUIRE
        Attorney for Plaintiff

Case ID: 220400798

**VERIFICATION**

JAMES R. RADMORE, ESQUIRE, hereby states that he is the attorney for the Plaintiff(s) in this action and verifies that the statements made in the foregoing pleading are true and correct to the best of his knowledge, information and belief.  The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. 4940 relating to unsworn falsification to authorities.

    /s/James R. Radmore

JAMES R. RADMORE, ESQUIRE

Case ID: 220400798

# EXHIBIT "B"

22002121

Filed and Attested by the
Office of Judicial Records
01 MAY 2022 08:47 pm
S. RICE

**Daly Services**

## SHERIFF'S RETURN OF SERVICE -

(Please prepare separate "return" Form for each Defendant to be served by Sheriff. If you desire a copy of this "Return" mailed to you, please attach self-addressed, stamped envelope for each separate address where service is required)

| TO BE COMPLETED BY ATTORNEY | |
|---|---|
| PLANTIFF Gregory DiStefano | COURT TERM AND NUMBER 22-04-0798 |
| | LAST DAY FOR SERVICE: 5-11-2022 |
| DEFENDANT(S) Walmart Store-3475 | #381414  COST $69.00  MILEAGE |
| | DISTRICT ▫ Summons  X Other: RPOD  Complaint |
| SERVE AT 650 S. Trooper Rd, Norristown, PA 19043 | TYPE OF ACTION Civil |
| SPECIAL INSTRUCTIONS Montgomkery County Sneriff | |

### TO BE COMPLETED BY SHERIFF

Served and made known to __DARLENE De Vaughn__ Defendant(s) on the __27th__ day of __April__, 20__22__, at __0745__ o'clock __A__ M. at __As Given__ Street, Commonwealth of Pennsylvania, in the manner described below:

▫ Defendant(s) personally served

▫ Adult family member with whom said Defendant(s) reside(s). Relationship is _____

▫ Adult in charge of Defendant's residence who refused to give a name or relationship

▫ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

✓ Agent or person in charge of Defendant's office or usual place of business

▫ _____ and officer of said Defendant company

▫ Other _____

SHERIFF
By _____ 915
*Deputy Sheriff*

On the _____ day of _____, 20____, at _____ o'clock __M. Defendant not found because:

▫ Moved  ▫ Unknown  ▫ No Answer  ▫ Vacant  ▫ Other: _____ and make return thereof and according to law

SHERIFF
By _____
*Deputy Sheriff*

| TO BE COMPLETED BY ATTORNEY | TO BE COMPLETED BY PROTHONOTARY |
|---|---|
| Name  Daly Services Inc. | |
| Address  3227 Riding Court Chalfont PA | |
| Telephone Number  (267) 784 - 9138 | A T T E S T |
| Attorney Name  James Radmore Esq | PRO |
| Represents: | 4/11/22 |
| ▫ Plaintiff(s)  Gregory DiStefano | Date |
| ▫ Defendant(s) | |
| ▫ Other | |

RECV'D MCSO MONT. C. PA 2022 APR 26 P 3: 20

Daly Services

**SHERIFF'S RETURN OF SERVICE -**

(Please prepare separate "return" Form for each Defendant to be served by Sheriff. If you desire a copy of this "Return" mailed to you, please attach self-addressed, stamped envelope for each separate address where service is required)

COURT TERM AND NUMBER   22-04-0791

PROTHONOTARY
Filed and Attested by the
Office of Judicial Records
11 MAY 2022 09:34 pm
S. GILLIAM
JUDICIAL DISTRICT OF PENNSY...

## TO BE COMPLETED BY ATTORNEY

PLANTIFF

Gregory DiStefano

DEFENDANT(S)

Walmart, Inc C/O Ct Corp

SERVE AT

600 N 2nd St, Suite 400, Harrisburg PA 17101

SPECIAL INSTRUCTIONS

Dauphin County Sheriff

SHERIFF'S NUMBER

| COST | MILEAGE |
|---|---|

DISTRICT
☐ Summons      ☒ Complaint
☒ Other:   RPOO

TYPE OF ACTION
Civil

## TO BE COMPLETED BY SHERIFF

Served and made known to _____ Defendant(s) on the _____ day of
_____, 20___, at _____ o'clock ___M. at _____ Street, Commonwealth of
Pennsylvania, in the manner described below:

☐ Defendant(s) personally served

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____

☐ Adult in charge of Defendant's residence who refused to give a name or relationship

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business

☐ _____ and officer of said Defendant company

☐ Other _____

SHERIFF
By _____
   *Deputy Sheriff*

On the _____ day of _____, 20___, at _____ o'clock ___M. Defendant not found because:
☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant   ☐ Other: _____ and make return thereof and according to law

SHERIFF
By _____
   *Deputy Sheriff*

## TO BE COMPLETED BY ATTORNEY

Name ____ Daly Services Inc.

Address ____ 3227 Riding Court Chalfont PA

Telephone Number ____ (267) 784 - 9138

Attorney Name   James Radmore Esq

Represents:
☒ Plaintiff(s)   Gregory DiStefano
☐ Defendant(s)
☐ Other

## TO BE COMPLETED BY PROTHONOTARY

A   T   T   E   S   T

PRO

4/11/22
Date

Case ID: 220400798

# SHERIFF'S OFFICE OF DAUPHIN COUNTY



**Nicholas Chimienti, Jr.**
*Sheriff*

**David B. Dowling**
*Solicitor*

**Jack Duignan**
*Chief Deputy*

**David E. Olweiler**
*Asst. Chief / Real Estate Deputy*

| GREGORY DISTEFANO | |
|---|---|
| vs. | **Case Number** |
| WALMART INC. D/B/A WAL-MART | 2022-T-1007 |

## SHERIFF'S RETURN OF SERVICE

05/02/2022   CASE # 220400798

05/02/2022   Advance Fee

05/04/2022   11:05 AM - DEPUTY TYLER A. BREAM, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THE COMPLAINT IN CIVIL ACTION AND REQUEST FOR PRODUCTION OF DOCUMENTS WAS SERVED TO LINDSEY FAULKNER, INTAKE SPECIALIST, WHO ACCEPTED AS ADULT IN CHARGE AT THE TIME OF SERVICE TO WIT, WALMART INC. D/B/A WAL-MART AT C/O CT CORP, 600 N 2ND STREET, SUITE 401, HARRISBURG, PA 17101.

TYLER A. BREAM, DEPUTY

SHERIFF COST: $41.25

SO ANSWERS,

May 06, 2022

NICHOLAS CHIMIENTI, JR., SHERIFF

### COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 05/02/2022 | Advance Fee | Advance Fee | 24409 | $0.00 | $41.25 |
| 05/06/2022 | County Fee | | | $41.25 | $0.00 |
| | | | | $41.25 | $41.25 |
| | | | BALANCE: | $0.00 | |

### NOTARY

Affirmed and subscribed to before me this

_____6TH_____ day of _____MAY_____ , 2022

Commonwealth of Pennsylvania — Notary Seal
Megan Tritt, Notary Public
Dauphin County
My Commission Expires September 29, 2025
Commission Number 1407107

IGI County Suite Sheriff, Teleosoft, Inc.

Case ID: 220400798

# SHERIFF'S OFFICE OF DAUPHIN COUNTY

**Nicholas Chimienti, Jr.**
*Sheriff*

**David B. Dowling**
*Solicitor*

**Jack Duignan**
*Chief Deputy*

**David E. Olweiler**
*Asst. Chief / Real Estate Deputy*

GREGORY DISTEFANO
vs.
WALMART INC. D/B/A WAL-MART

| Case Number |
| --- |
| 2022-T-1007 |

## DEPOSIT RECEIPT

Printed:  5/2/2022  8:52:56AM

Receipt No:  31505

Date:  05/02/2022
Type:  Civil Action
Paid By:  THE RADMORE FIRM, LLC

| Check No: | Check Date: | Description: | Deposit Amount: |
| --- | --- | --- | --- |
| 24409 | 04/19/2022 | Advance Fee | $41.25 |

Mail To:  THE RADMORE FIRM, LLC
1500 JFK BLVD.
SUITE 520
PHILADELPHIA, PA 19102

Origin:  Foreign County   Philadelphia

Received by: MT

(c) County/Suite Sheriff, Teleosoft, Inc.